PLEASE RECEIPT AND RETURN

RECEIVED
2008 FEB 8 PM 4:19
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 08mj 0280 |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | RELEASING MATERIAL WITNESS |
| Bien Vu Hai Tran ) | |
| ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Socorro Oseguera-Perez

DATED: 2/8/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                        DUSM

OR
W. SAMUEL HAMRICK, JR  Clerk
by
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082