08 FEB 13 PM 5:05

BY: PMV    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury    '08 CR 0367 JLS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation |
| BIEN VU HAI TRAN, aka Vu H Tran, | |
| Defendant. | |

The grand jury charges:

Count 1

On or about January 30, 2008, within the Southern District of California, defendant BIEN VU HAI TRAN, aka Vu H Tran, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Socorro Oseguera-Perez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

CPH:fer:San Diego
2/11/08

<u>Count 2</u>

On or about January 30, 2008, within the Southern District of California, defendant BIEN VU HAI TRAN, aka Vu H Tran, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Socorro Oseguera-Perez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

DATED: February 13, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CAROLINE P. HAN
Assistant U.S. Attorney