KAREN P. HEWITT
United States Attorney
WILLIAM A. HALL, JR.
Assistant U.S. Attorney
California State Bar No. 253403
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7046/(619) 235-2757 (Fax)
Email: william.a.hall@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BIEN VU HAI TRAN,<br><br>Defendant(s). | Criminal Case No. 08CR0367-JLS<br><br>DATE:      March 4, 2008<br>TIME:      1:30 p.m.<br>Before Honorable Janis L. Sammartino<br><br>UNITED STATES' STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES |

**I**

**STATEMENT OF THE CASE**

The Defendant, Bien Vu Hai Tran (hereinafter "Defendant"), was charged by a grand jury on February 13, 2008, with violating 8 U.S.C. §§ 1324(a)(2)(B)(ii), bringing in illegal alien(s) for financial gain, 8 U.S.C. §§ 1324(a)(2)(B)(iii), bringing in illegal alien(s) without presentation, and aiding and abetting. Defendant was arraigned on the two-count Indictment on February 14, 2008, and entered a plea of not guilty.

**II**

**STATEMENT OF FACTS**

Defendant was apprehended on the morning of January 30, 2008, by United States Customs and Border Protection ("CBP") Officers at the San Ysidro, California Port of Entry. There,

1  Defendant entered the vehicle inspection lanes as the driver and sole occupant of a 2001 Chevrolet
2  Suburban ("the vehicle").

3  During pre-primary roving operations, a service canine alerted to the vehicle. At primary
4  inspection, Defendant gave a negative declaration to a CBP Officer. Defendant presented his
5  Permanent Resident Card (I-551) and a California Identification Card as his entry documents.
6  Defendant claimed he had owned the vehicle for two weeks and presented a vehicle registration
7  in his name. The CBP Officer discovered that the vehicle registration was counterfeit and noticed
8  that Defendant's hands were shaking. Defendant stated he was travelling to Orange County,
9  California. A search of the vehicle then revealed the presence of a non-factory undercarriage
10 compartment. Defendant and the vehicle were referred to the secondary lot for further inspection.

11 At secondary inspection, CBP officers had to remove the rear seats and carpeting of the
12 vehicle to gain access to the non-factory compartment. Hidden inside were two women, neither
13 of which possessed legal documents permitting her to enter or remain in the United States.

14 In an interview, one of the women hiding inside the non factory-compartment, Socorro
15 Oseguera-Perez (hereafter "the material witness"), stated that she was a citizen and national of
16 Mexico illegally present in the United States. The material witness also stated that she was not in
17 possession of any immigration documents allowing her to enter or to remain inside the United
18 States. She further stated that she was traveling to Los Angeles, California to seek employment,
19 and was going to pay unknown smugglers $2,500 USD upon her arrival to Los Angeles.

20 In a post-Miranda statement, Defendant admitted, in pertinent part, knowledge that there
21 was at least one alien concealed in the vehicle. He further admitted that he was going to receive
22 a monetary payment of $1,000 USD for the smuggling venture.

23 //
24 //
25 //
26 //
27
28

3

## III

## **UNITED STATES' MOTION FOR RECIPROCAL DISCOVERY**

To date, the United States has provided Defendant with 94 pages of discovery and a DVD. The United States moves the Court to order Defendant to provide all reciprocal discovery to which it is entitled under Rules 16(b) and 26.2. Rule 16(b)(2) requires Defendant to disclose to the United States all exhibits and documents which Defendant "intends to introduce as evidence in chief at the trial" and a written summary of the names, anticipated testimony, and bases for opinions of experts Defendant intends to call at trial under Rules 702, 703, and 705 of the Federal Rules of Evidence.

## IV

## **CONCLUSION**

For the foregoing reasons, the government respectfully requests that its motion be granted.

DATED: February 21, 2008.

                                    Respectfully submitted,

                                    KAREN P. HEWITT
                                    United States Attorney

                                  <u>s/ William A. Hall, Jr.</u>
                                  WILLIAM A. HALL, JR.
                                  Assistant United States Attorney