1  **DAVID M.C. PETERSON**
   California Bar No. Pending
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone:    (619) 234-8467
4  Facsimile:    (619) 687-2666
   Email:        David_Peterson@fd.org
5

6  Attorneys for Defendant

7

8                     UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                 **(HONORABLE JANIS L. SAMMARTINO)**

11  UNITED STATES OF AMERICA,           )  CASE NO. 08CR0367-JLS
                                        )
12              Plaintiff,              )
                                        )
13  v.                                  )
                                        )  **NOTICE OF APPEARANCE AND**
14  BIEN VU HAI TRAN,                   )  **ATTORNEY REPLACEMENT**
                                        )
15              Defendant.              )
                                        )
16  _____ )

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of

18  California, notice is hereby given that David M.C. Peterson, Federal Defenders of San Diego, Inc., is

19  replacing Timothy R. Garrison as lead counsel in the above-captioned case.

20                                      Respectfully submitted,

21

22  Dated: February 27, 2008            */s/ DAVID M. C. PETERSON*
                                        DAVID M.C. PETERSON
23                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Defendant
24                                      David_Peterson@fd.org

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information

and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  February 27, 2008

*/s/ DAVID M. C. PETERSON*
DAVID M.C. PETERSON
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
David_Peterson@fd.org (email)