**DAVID M.C. PETERSON**
California State Bar No. 254498
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone:  (619) 234-8467
E-mail: david_peterson@fd.org

Attorneys for Mr. Tran

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | ) | Case No. 08cr0367-JLS |
|---|---|---|
| Plaintiff, | ) | Date:  March 14, 2008 |
| | ) | Time:  11:00 a.m. |
| v. | ) | |
| | ) | **NOTICE OF MOTIONS AND** |
| BIEN VU HAI TRAN, | ) | **MOTIONS TO:** |
| | ) | |
| | ) | **(1) COMPEL DISCOVERY;** |
| Defendant. | ) | **(2) PRESERVE EVIDENCE; AND** |
| | ) | **(3) GRANT LEAVE TO FILE FURTHER** |
| _____ | ) | **MOTIONS** |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY;
WILLIAM HALL, ASSISTANT UNITED STATES ATTORNEY:

**PLEASE TAKE NOTICE** that on March 28, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, the accused, Bien Vu Hai Tran, by and through his attorneys, David M.C. Peterson and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions outlined below.

//

//

//

//

//

1 **MOTIONS**

2 Defendant, Mr. Tran, by and through his attorneys, David M.C. Peterson and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

(1) compel discovery;
(2) preserve and inspect evidence; and
(3) grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at or before the time of the hearing on these motions.

Respectfully submitted,

Dated: February 29, 2008

*/s/ David M.C. Peterson*
**DAVID M.C. PETERSON**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Tran
david_peterson@fd.org