1  KAREN P. HEWITT
   United States Attorney
2  WILLIAM A. HALL, JR.
   Assistant U.S. Attorney
3  California State Bar No. 253403
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California  92101-8893
5  Telephone: (619) 557-7046
   william.a.hall@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8
                          UNITED STATES DISTRICT COURT
9
                        SOUTHERN DISTRICT OF CALIFORNIA
10

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0367-JLS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| BIEN TU HAI TRAN, | ) | JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |
| Defendant. | ) | |

17      IT IS HEREBY REQUESTED by the parties in the case, plaintiff, United States of America, by

18  and through its counsel, Karen P. Hewitt, United States Attorney, and William A. Hall, Jr., Assistant

19  United States Attorney, and the defendant, Bien Tu Hai Tran, by and through his counsel, David M.C.

20  Peterson, Esq., that the sentencing hearing in the above entitled case scheduled for Friday, March 14,

21  2008 at 1:30 p.m., be continued to Friday, April 18, 2008 at 1:30 p.m.

22  //
23  //
24  //
25  //
26  //
27  //
28  //

08CR0367-JLS

The undersigned Assistant United States Attorney called the court's judicial assistant to obtain the new motion hearing date. A proposed order with respect to this joint motion is being submitted directly to the court via efile_sammartino@casd.uscourts.gov.

Date: March 11, 2008          s/ William A. Hall, Jr.
                              WILLIAM A. HALL, JR.
                              Assistant United States Attorney


Date: March 11, 2008          s/ David M.C. Peterson
                              DAVID M.C. PETERSON
                              Attorney for Defendant Bien Tu Hai Tran

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08CR0367-JLS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| BIEN VU HAI TRAN, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, William A. Hall, Jr., am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

David M.C. Peterson, Esq.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None.

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 11, 2008.

                                                      s/ William A. Hall, Jr.
                                                      WILLIAM A. HALL, JR.
                                                      Assistant United States Attorney