UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0367-JLS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER GRANTING JOINT |
| | ) | MOTION TO CONTINUE MOTION |
| BIEN TU HAI TRAN, | ) | HEARING/TRIAL SETTING |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

O R D E R

GOOD CAUSE APPEARING, it is hereby ordered that the motion hearing/trial setting in the above-entitled case be continued from Friday, March 14, 2008 at 1:30 p.m. to Friday, April 18, 2008 at 1:30 p.m. Time is excluded under the Speedy Trial Act from March 14, 2008 to the next hearing date of April 18, 2008.

DATED: March 12, 2008

_Janis L. Sammartino_
Honorable Janis L. Sammartino
United States District Judge