1  **DAVID M.C. PETERSON**
   California State Bar No. 254498
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  E-mail: david_peterson@fd.org

5  Attorneys for Mr. Tran

                UNITED STATES MAGISTRATE COURT

                SOUTHERN DISTRICT OF CALIFORNIA

                **(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | ) | Case No. 08CR0367-JLS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| BIEN VU HAI TRAN, | ) | |
| Defendant. | ) | |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY;
      WILLIAM HALL, ASSISTANT UNITED STATES ATTORNEY:

   IT IS HEREBY REQUESTED by the parties in the case, the defendant, Bien Vu Hai Tran, by and through his counsel, David M.C. Peterson, Esq., and plaintiff, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and William Hall, Assistant United States Attorney, and that the sentencing hearing in the above entitled case scheduled forfl Friday, July 11, 2008 at 9:00 a.m., be continued to Friday, September 5, 2008 at 9:00 a.m.

//
//
//
//
//

1  Undersigned defense counsel called the court's judicial assistant to obtain the new motion hearing date.

2  A proposed order with respect to this joint motion is being submitted directly to the court via

3  efile_sammartino@casd.uscourts.gov.

## CONCLUSION

Respectfully submitted,

Dated: June 27, 2008
 */s/ David M.C. Peterson*
**DAVID M.C. PETERSON**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Tran

Dated: June 27, 2008
 */s/ William Hall*
WILLIAM HALL
Assistant United States Attorney

N:\Cases\1324\Tran\jnt.mtn.to.cont.wpd

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated: July 7, 2008               /s/ DAVID M. PETERSON
                                  Federal Defenders of San Diego, Inc.
                                  Attorneys for Mr. Tran
                                  david_peterson@fd.org (email)

N:\Cases\1324\Tran\jnt.mtn.to.cont.wpd