UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr0367-JLS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER GRANTING JOINT |
| | ) | MOTION TO CONTINUE SENTENCING |
| BIEN VU HAI TRAN, | ) | HEARING |
| | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

GOOD CAUSE APPEARING, it is hereby ordered that the date for the sentencing hearing in the above entitled case scheduled for Friday, July 11, 2008 at 9:00 a.m., be continued to Friday, September 5, 2008 at 9:00 a.m.

DATED: July 8, 2008

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge